*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 17, 2015                    520818
_____

In the Matter of PETER GILLES,
                    Petitioner,

          v                                    MEMORANDUM  AND  JUDGMENT

THOMAS P. DiNAPOLI, as State
    Comptroller, et al.,
                    Respondents.
_____

Calendar Date:  October 20, 2015

Before:  Peters, P.J., Lahtinen, Garry and Clark, JJ.

_____

        Thomas J. Troetti, White Plains, for petitioner.

        Eric T. Schneiderman, Attorney General, Albany (William E.
Storrs of counsel), for respondents.

_____

Lahtinen, J.

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent Comptroller denying
petitioner's application for recalculation of his final average
salary.

        Petitioner, a member of the Town of Greenburgh Police
Department, received overtime pay for occasionally volunteering
to work special-duty details, which involved police services
provided to private entities that paid the Town for such
services.  After his retirement, the New York State and Local
Retirement System notified petitioner that pay for such special-
duty details would not be included in his final average salary,
and a Hearing Officer came to the same conclusion following a

hearing.  Respondent Comptroller ultimately upheld that determination stating, in part, that petitioner had "failed to sustain his burden of proving that he [was] eligible to have included in the calculation of his final average salary those payments received for services rendered to private entities and for which the employer [was] reimbursed by the private entities." Petitioner commenced this CPLR article 78 proceeding challenging the Comptroller's determination.  The relevant issues are the same as in our recently decided case of Matter of Tamucci v DiNapoli (133 AD3d 960 [2015]), and, for the reasons set forth therein, we confirm.

        Peters, P.J., Garry and Clark, JJ., concur.


        ADJUDGED that the determination is confirmed, without costs, and petition dismissed.




                        ENTER:



                        Robert D. Mayberger
                        Clerk of the Court